## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OKLAHOMA HEART HOSPITAL, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ONEBEACON INSURANCE )<br>COMPANY and ONEBEACON )<br>PROFESSIONAL INSURANCE, INC., )<br>)<br>Defendants. ) | Case No. CIV-12-689-M<br><br>**FILED UNDER SEAL** |

## NOTICE OF CONVENTIONAL FILING

Please take notice that Plaintiff Oklahoma Heart Hospital, LLC conventionally filed the original and one copy of the following document, papers or other materials:

## SECOND AMENDED COMPLAINT

This document, paper, or other material has not been filed electronically because:

|   | |
|---|---|
|   | It cannot be converted to electronic format |
|   | The electronic file size of this material exceeds 5 megabytes (MB) |
| X | It is filed under seal (pursuant to Order dated 8/17/12, Dkt #5) |
|   | The Court by Order has excused electronic filing |
|   | It is exempt from electronic filing pursuant to § II.A.1 of the ECF Policy & Procedures Manual |

Dated this 23rd day of October, 2012.

10697193_1

*s/ Mark D. Spencer*
Mark D. Spencer, OBA #12493
Brian Burget, OBA #30027
McAfee & Taft A Professional Corporation
10th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK  73102
Telephone:    (405) 235-9621
Facsimile:     (405) 235-0439
mark.spencer@mcafeetaft.com
brian.burget@mcafeetaft.com

ATTORNEYS FOR PLAINTIFF
