IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OKLAHOMA HEART HOSPITAL, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ONEBEACON INSURANCE )<br>COMPANY and ONEBEACON )<br>PROFESSIONAL INSURANCE, INC., )<br>)<br>Defendants. ) | Case No. CIV-12-689-M |

## DISMISSAL WITH PREJUDICE

The Plaintiff, Oklahoma Heart Hospital, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses with prejudice all claims against Defendants, OneBeacon Insurance Company and OneBeacon Professional Insurance, Inc.

Respectfully submitted,

/s/*Mark D. Spencer*
Mark D. Spencer, OBA #12493
Brian A. Burget, OBA #30027
McAfee & Taft A Professional Corporation
10th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK  73102
Telephone:    (405) 235-9621
Facsimile:     (405) 235-0439
mark.spencer@mcafeetaft.com
brian.burget@mcafeetaft.com

ATTORNEYS FOR PLAINTIFF

10697591_1